IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
FEB - 1 2018
CLERK U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

JOHNNIE L. MILOW JR.

Case No. 2:18mj70
Court Date: March 21, 2018

### CRIMINAL INFORMATION

#### COUNT ONE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 26, 2017, at Norfolk Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, JOHNNIE L. MILOW JR., did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: Transporting and introducing a firearm onboard a United States Navy installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E).

Respectfully submitted,

Tracy D. McCormick
Acting United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov